IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| RODNEY E. WASHINGTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 08-6121-CV-SJ-HFS |
| AMERICAN AIRLINES, INC., | ) | |
| Defendant. | ) | |

**ORDER**

Some months ago, the court allowed plaintiff's former attorney to withdraw from the case. All activity was stayed pending the entry of appearance of new counsel for plaintiff. A new attorney, Christopher B. McKinney, has entered his appearance on plaintiff's behalf. The current scheduling order needs to be amended, so as to reset the discovery cutoff and all other pretrial deadlines. An October 2010 trial setting is now unworkable and will be vacated. The court requests that the parties file a joint proposed amended scheduling order by September 21, 2010.

Accordingly, it is hereby

ORDERED that the October 2010 trial setting is VACATED. It is further

ORDERED that the parties shall file a joint proposed amended scheduling order on or before September 21, 2010.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

September  2 , 2010

Kansas City, Missouri